# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COURTNEY ELKIN, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 17-2025 |
| v. | : | |
| WALTER INVESTMENT MANAGEMENT CORP., DENMAR J. DIXON, GEORGE M. AWAD, ANTHONY N. RENZI and GARY L. TILLET | : : | |
| Defendants. | : : | |

## ORDER

**AND NOW,** this __12th___ day of June, 2017, it is **ORDERED** that the Motion of Richard Worley for Appointment as Lead Plaintiff and Approval of Lead Counsel for the Class (ECF No. 5) is GRANTED.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: