# EXHIBIT 3

Law Firm Billing Rates

| **Defense Firms** | **Case Name** | **Citation** | **Non-Partner Attorneys' Fee Range** | **Partners' Fee Range** |
|---|---|---|---|---|
| Baker & McKenzie, LLP | In re Nova Holding Clinton County, LLC, *et al.*, Debtors, No. 09-11081 (KG)<br><br>In re Worldspace, Inc., *et al.*, Debtors, No. 08-12412 (PJW) | 2009 WL 4060755 (Bankr. D. Del.) (March 2009)<br><br>2008 WL 7947183 (Bankr. D. Del.) (Nov. 2008) | $310 - $450 | $510 - $800 |
| Boies, Schiller & Flexner LLP | In re Molycorp, Inc., *et al*, Debtors, No. 15-11357 (CSS) | (D. Del.) 9/29/2016 (Dkt. No. 1994) | $490 - $1,180 | $780 - $1,500 |
| Cooley LLP | In re Big M, Inc., Debtor, No. 13-10233-MBK | (D.N.J.) 7/16/2015 (Dkt. No. 906) | $435 - $755 or $391.5 - $679.5 after voluntary discount of 10% | $680 - $1,050 or $612 - $945 after voluntary discount of 10% |
| Dechert LLP | In re Thru, Inc., Debtor, No. 17-31034 | (N.D. Tex.) 08/09/2017 (Dkt. No. 148) | $725 - $785 | $1095 |
| Fulbright & Jaworski, LLP | In re The Connaught Group, Ltd., *et al.*, Debtors, No. 12-10512 | (S.D.N.Y.) (Feb. 2012) (Dkt. No. 13) | $300 - $775 | $505 - $955 |
| Gibson, Dunn & Crutcher LLP | In re Newland International Properties, Corp., Debtor, No. 13-11396<br><br>In re LightSquared Inc., *et al.*, Debtors, No. 12-12080 (SCC) | (S.D.N.Y.) 07/12/2013 (Dkt. No. 146)<br><br>(S.D.N.Y.) 01/21/2016 (Dkt. No. 2444). | $510 - $795<br><br>$395 - $765 (fees voluntarily reduced by roughly 8%) | $960 - $1,170<br><br>$765 - $1,800 (fees voluntarily reduced by roughly 8%) |
| K&L Gates, LLP | In re The Brown Publishing Company, *et al.*, Debtors, No. 10-73295 | (E.D.N.Y.) (April 2010) (Dkt. No. 942 & 968) | $280 - $595 | $420 - $995 |
| Katten Muchin Rosenman LLP | In re Cadence Innovation LLC, *et al.*, Debtors, No. 108BK11973<br><br>In re Protron Digital Corporation, *et al.*, Debtors, No. 08-16778 | 2009 WL 4875749 (Bankr. D. Del.) (Feb. 2009)<br><br>(C.D. Cal.) (June 2008) (Dkt. No. 300) | $365 - $410<br><br>$280 - $305 | $475 - $625<br><br>$500 - $725 |
| Kessler Topaz Meltzer & Check, LLP | In re JPMorgan Chase & Co. Securities Litigation, 1:12-cv-03852-GBD | (S.D.N.Y.) (Apr. 2016) (Dkt. No. 206-8) | $350 - $650 | $675 - $850 |

Law Firm Billing Rates

| Firm | Case | Citation | | |
|---|---|---|---|---|
| Kirkland & Ellis, LLP | In re rue21, inc., *et al.*, Debtors, No. 17-22045-GLT | (W.D. Pa.) (Nov. 2017) (Dkt. No. 1308-6) | $555 - $965 | $965 - $1625 |
| | In re Caesars Entertainment Operating Company, Inc., *et al.*, Debtors, No. 15-01145 (ABG) | (N.D. Ill.) (Nov. 2017) (Dkt. No. 7620-6) | $480 - $1395 | $645 - $1625 |
| | In re Sbarro LLC, *et al.*, Debtor, No. 14-10557 | (S.D.N.Y.) 07/02/2014 (Dkt. No. 280) | $556.32 (blended rate) | $825.88 (blended rate) |
| | In re Northwest Bancorporation of Illinois, Inc., Debtor, No. 15-15245 (CAD) | (N.D. Ill.) 08/26/2015 (Dkt. No. 57-3). Over 99% of requested fee was awarded (see 08/26/2015 Dkt. No. 70) | $480 - $750 | $895 - $1,235 |
| Latham & Watkins, LLP | In re November 2005 Land Investors, LLC, Debtor, No. BK-S-09-17474-MKN | 2009 WL 4835036 (Bankr. D. Nev.) (Oct. 2009) | $530 - $665 | $925 - $995 |
| Mayer Brown LLP | In re Scottish Holdings, Inc., *et al.*, Debtors, No. 18-10160 (LSS) | (Bankr. D. Del.) (Mar. 2018) (Dkt. No. 193) | $605 - $895 | $960 - $1130 |
| | In re Avaya Inc., *et al.*, Debtors, No. 17-10089 (SMB) | (Bankr. S.D.N.Y.) (Feb. 2018) (Dkt. No. 1786) | $500 - $895 | $664 - $796 |
| O'Melveny & Myers LLP | In re Republic Airways Holdings Inc., *et al.*, Debtors, No. 16-10429 (SHL) | (Bankr. S.D.N.Y.) 10/17/2016 (Dkt. No. 1100) | $515 - $745 | $875 - $975 |
| Pillsbury Winthrop Shaw Pittman LLP | In re LightSquared Inc., et al., Debtors, No. 12-12080 | (Bankr. S.D.N.Y.) 07/02/2013 (Dkt. No. 713) | $415 - $640 | $670 - $715 |
| Proskauer Rose LLP | In re IPC International Corporation, *et al.*, Debtors, No. 13-12050 (MFW) | (Bankr. D. Del.) 08/13/2013 (Dkt. No. 57) | $200 - $1,150 | $600 - $1,250 |
| Sidley Austin LLP | In re UCI International, LLC, *et al.*, Reorganized Debtors, No. 16-11354 (MFW) | (Bankr. D. Del.) 1/30/2017 (Dkt. No. 1144) | $430 - $1,200 | $850 - $1325 |
| | In re HCR ManorCare, Inc., Debtor, No. 18-10467 (KG) | (Bankr. D. Del.) 3/16/2018 (Dkt. No. 18-10467) | $495 - $1,600* *range given for all attorneys, partner and non-partner | $495 - $1,600* *range given for all attorneys, partner and non-partner |
| Skadden, Arps, Slate, Meagher & Flom LLP | In re Indymac Bancorp, Inc., Debtor, No. 08-bk-21752-BB | (Bankr. C.D. Cal.) 02/01/2018 (Dkt. No. 1041) | $420 - $710 | $895 - $1350 |
| | In re ICPW Liquidation Corporation, Debtor, No. 17-bk-12408-MB | (Bankr. C.D. Cal.) 04/03/2018 (Dkt. No. 529) | $595 | $975 |

Law Firm Billing Rates

| Sullivan & Cromwell, LLP | In re CIT Group Inc. and CIT Group Funding Co. of Delaware LLC, Debtors, No. 09-16565 (ALG) | 2010 WL 354151 (Bankr. S.D.N.Y.) (Jan. 2010) | $305 - $950 | $850 - $965 |
|---|---|---|---|---|
| Sheppard, Mullin, Richter & Hampton LLP | In re AMR Corporation, *et al.*, Debtors, No. 11-15463-shl | (Bankr. S.D.N.Y.) 12/21/2012 (Dkt. No. 5857) | $165 - $675 | $550 - $925 |
| Weil, Gotshal & Manges LLP | In re Aleris International, Inc., *et al.*, Debtors, No. 09-10478 (BLS) | 2009 WL 4395869 (Bankr. D. Del.) (Feb. 2009) | $325 - $700 | $745 - $1,165 |

| **Plaintiffs' Firms** | **Case Name** | **Citation** | **Non-Partner Attorneys' Fee Range** | **Partners' Fee Range** |
|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman LLP | In re Genworth Financial, Inc. Securities Litigation, No. 14-cv-00682-JAG-RCY | (E.D. Va.) (Jun. 2016) (Dkt. No. 208-1) | $340 - $700 | $700 - $995 |
| Bleichmar Fonti & Auld LLP | In re Genworth Financial, Inc. Securities Litigation, No. 14-cv-00682-JAG-RCY | (E.D. Va.) (Jun. 2016) (Dkt. No. 208-1) | $335 - $640 | $740 - $880 |
| Capstone Law APC | Irene Fernandez v. Home Depot USA Inc, 13-cv-00648-DOC-RNB | (C.D. Cal.) (Oct. 2015) (Dkt. No. 50-1) | $370 - $695 | N/A |
| Cohen Milstein Sellers & Toll, PLLC | In re ITT Educational Services, Inc. Securities Litigation, No. 1:13-cv-01620-JPO-JLC | (S.D.N.Y.) (Feb. 2016) (Dkt. No. 88) | $420 - $550 | $530 - $915 |
| Girard Gibbs LLP | In re Peregrine Financial Group Customer Litigation, No. 12-cv-05546 | (N.D. Ill.) (Sept. 2015) (Dkt. No. 428-15) | $315 - $390 | $520 - $845 |
| Grant & Eisenhofer P.A. | In re JPMorgan Chase & Co. Securities Litigation, 1:12-cv-03852-GBD | (S.D.N.Y.) (Apr. 2016) (Dkt. No. 206-8) | $280 - $680 | $725 - $925 |
| Labaton Sucharow LLP | In re Nu Skin Enterprises, Inc., Sec. Litig., No. 14-cv-00033-JNP-BCW | (D. Utah) (Oct. 2016) (Dkt. No. 140) | $390 - $775 | $800 - $985 |
| Lieff Cabraser Heimann & Bernstein, LLP | In re Volkswagen "Clean Diesel' Marketing, Sales Practices, and Products Liability Litigation, No. 15-md-02672 | (N.D. Cal.) (Nov. 2016) (Dkt. No. 2175-1) | $150 - $790 | $275 - $1600 |
| Pomerantz LLP | In re Groupon, Inc. Securities Litigation, No. 12-cv-02450 | (Jun. 2016) (Dkt. No. 365-2) | $360 - $605 | $750 - $1000 |
| Robbins Geller Rudman & Dowd LLP | In re Doral Financial Corporation Securities Litigation, No. 14-cv-01393-GAG | (D.P.R.) (Jun. 2016) (Dkt. No. 109-14) | $425 - $705 | $775 - $930 |
| Scott+Scott, Attorneys at Law, LLP | Police and Fire Retirement System of the City of Detroit v. Crane *et al*, No. 13-cv-00945-VC | (N.D. Cal.) (Apr. 2016) (Dkt. No. 130-2) | $390 - $710 | $660 - $775 |